387 A.2d 103

Caldwell v. Caldwell, Appellant.

 Argued December 9, 1977. Denis James Lawler, with him Ostroff & Lawler, for appellant; Arthur Lefkoe, with him Wisler, Pearlstine, Talone, Craig and Garrity, for appellee.

Order affirmed.

387 A.2d 103

City of Philadelphia v. Charter Oak Fire
Insurance Company, Appellant.

 Argued December 9, 1977. Charles W. Craven, with him John P. Penders, for appellant; Agostino Cammisa, Assistant City Solicitor, with him Sheldon L. Albert, City Solicitor, for appellee.

Order affirmed.